# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2595
_____

HEWITT A. GRANT II,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections; RON DESANTIS,
Governor of Florida,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
Jonathan Eric Sjostrom, Judge.

June 16, 2026

PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Hewitt A. Grant II, pro se, Appellant.

James Uthmeier, Attorney General, and Elizabeth Tiernan, Assistant Attorney General, Tallahassee, for Appellees.